IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GEORGE C. STALLWORTH,

      Appellant,

v.

JULIE JONES, SECRETARY OF
FLORIDA DEPARTMENT OF
CORRECTIONS,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2827

_____/

Opinion filed September 9, 2016.

An appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

George C. Stallworth, pro se.

Pamela Jo Bondi, Attorney General, Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.